**Order filed July 27, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-01014-CR

———————

**CHARLES ALLEN HAWKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 61720-A**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant made known to this Court his desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Accordingly, on June 20, 2017, we ordered that the record be provided to appellant. On June 29, 2017, the Brazoria County District Clerk's office notified this court that appellant received a copy of the record on June 27, 2017.

On July 10, 2017, appellant filed a pro se motion for access to the appellate record seeking the court reporter's record. A review of the correspondence from the Brazoria District Clerk to appellant indicates appellant was provided the clerk's record, but does not indicate appellant was provided the reporter's record.

Accordingly, we **GRANT** appellant's motion. We hereby direct the Judge of the 180th District Court to afford appellant an opportunity to view the reporter's record in accordance with local procedure; that the clerk of that court furnish the reporter's record to appellant on or before **August 11, 2017;** that the clerk of that court certify to this court the date on which delivery of the reporter's record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM